**SYSTEMS DIVISION, INC., Plaintiff–Appellee,**

v.

**TEKNEK, LLC (by its Trustee, Phillip D. Levey), Defendant–Appellant,**

**and**

**Sheila Hamilton, Jonathan Kennett, and Teknek Holdings, Ltd., Defendants.**

**No. 2008–1100.**

United States Court of Appeals, Federal Circuit.

Feb. 5, 2008.

### ORDER

The order of dismissal and the mandate dated 01/24/2008, 263 Fed.Appx. 863, hav-

ing been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.